212

## COMMISSIONER OF INTERNAL REVENUE v. FARMERS NATIONAL BANK.
### No. 2842.

Circuit Court of Appeals, Tenth Circuit.
Oct. 15, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., for petitioner.

Ellis D. Dever, of Wichita, Kan, for respondent.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.
Reversed and remanded per stipulation.

## GRAND RAPIDS FURNITURE CO., a Corporation, et al., Appellees, v. GRAND RAPIDS FURNITURE CO., an Illinois Corporation, Appellant.
### No. 8270.

Circuit Court of Appeals, Seventh Circuit.
Oct. 8, 1943.

See, also, 127 F.2d 245.

Ben Meyers, and Meyers & Meyers, all of Chicago, Ill. (Hart E. Baker, of Chicago, Ill., of counsel), for appellant.

John J. Yowell, of Chicago, Ill., and Stephen F. Dunn, of Grand Rapids, Mich., for appellees.

PER CURIAM.
Affirmed from the Bench.

## John C. JONES v. HELMERICH & PAYNE, Inc.
### No. 2524.

Circuit Court of Appeals, Tenth Circuit.
Sept. 9, 1943.

Foulston, Siefkin, Bartlett & Morris, of Wichita, Kan., for appellant.

Settle, Monnet & Clammer, of Tulsa, Okl., and Brooks & Fleeson, of Wichita, Kan., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.
The judgment of the district court modified and affirmed without written opinion.

## Harry Nathan SNOW v. UNITED STATES of America.
### No. 2830.

Circuit Court of Appeals, Tenth Circuit.
Oct. 15, 1943.

R. A. Mooneyham, of Carthage, Mo., for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.
Appeal dismissed on application of appellant.

## UNITED STATES of America v. E. L. BRESSLER et al.
### No. 2843.

Circuit Court of Appeals, Tenth Circuit.
Oct. 15, 1943.

Carl L. Sackett, U. S. Atty., of Cheyenne, Wyo., for appellant.

No appearance for appellee.

Before PHILLIPS and HUXMAN, Circuit Judges.

PER CURIAM.
Appeal dismissed on motion of appellant.